UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PENNY BEASLEY,                          )
                                        )
        Plaintiff                       )
                                        )
        v.                              )        NO.  2:10-0087
                                        )        Judge Campbell/Brown
EDGAR EVINS MARINA, L.P. and            )        **Jury Demand**
EDGAR EVINS MARINA, INC.,               )
                                        )
        Defendants                      )

**O R D E R**

        A telephone conference was held with the parties in this
matter on February 24, 2011.  The parties advised that the case was
progressing satisfactorily.  They have a site visit set and will be
making their expert disclosures.  Plaintiff's counsel advised that
he might need a slight extension on expert disclosures.  However,
the parties did not feel that a change to the scheduling order was
necessary at the present time.

        Plaintiff's counsel advised that the Plaintiff had
recovered from the accident about as much as she would.  The major
complication was that she contracted pneumonia while at Vanderbilt
and this caused significant difficulties with a pre-existing
pulmonary condition.

        The recommendation for a February or March 2012 trial
date remains.  The parties were reminded of the possibility of
consenting to trial by the Magistrate Judge.  In any case, at the

request of the parties the Magistrate Judge stands ready to assist with alternative dispute resolution at any time.

It is so **ORDERED**.

/S/ Joe B. Brown
_____
JOE B. BROWN
United States Magistrate Judge